IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

OSVALDO FLORES,

    Plaintiff,

v.

CAPTAIN GARDNER, CAPT. KARTMAN,
CAPTAIN BROWN, and LT. CICHANOWICZ,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-657-slc

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/                                                                         10/05/2018

Peter Oppeneer, Clerk of Court                          Date